Stuart M. Price (SBN 150439)
Price Law Group, APC
15760 Ventura Blvd., Suite 800
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
E: stuart@pricelawgroup.com
Attorneys for Plaintiff,
Briana Valdez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Briana Valdez,<br><br>                Plaintiff,<br><br>vs.<br><br>Synchrony Bank,<br><br>                Defendant. | Case No.: 2:16-cv-06550-ODW-AGR<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Briana Valdez, and Defendant, Synchrony Bank, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty (40) days. The Plaintiff requests that the Court vacate all pending deadlines in this matter. The Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

//

- 1 -

NOTICE OF SETTLEMENT

DATED this 16th day of November, 2016

**PRICE LAW GROUP, APC**

By: /s/ Stuart M. Price_____
Stuart M. Price (SBN150439)
stuart@pricelawgroup.com
Attorneys for Plaintiff
Briana Valdez

### CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Florence Lirato