1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

| | |
|---|---|
| BRIANA VALDEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>SYNCHRONY BANK,<br><br>             Defendant. | Case No. 2:16-CV-06550-ODW(AGR)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///

In light of the Notice of Settlement (ECF No. 14), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by January 4, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

November 17, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**