# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| BRIANA VALDEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | Case No.: 2:16-CV-06550-ODW-AGR<br><br>**ORDER** |

Upon review of the Stipulation to Dismiss Synchrony Bank with Prejudice (Doc. 16), filed by Plaintiff Briana Valdez and Defendant Synchrony Bank and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 16). The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: February 1, 2017

_____
Honorable Otis D. Wright, II
United States District Judge

- 1 -

ORDER